**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| CARLOS DOMINGO MARCIAL CEBALLO, HENRY MIGUEL MARCIAL CEBALLO AND ALFREDO ANTONIO MARCIAL CEBALLO<br><br>Plaintiffs<br><br>vs.<br><br>**LUMA ENERGY LLC AND LUMA ENERGY SERV CO, LLC**<br><br>Defendants | **CIVIL NO.**<br><br>**Plaintiff requests Trial by Jury** |

**<u>COMPLAINT</u>**

**TO THE HONORABLE COURT:**

**COME NOW** the Plaintiffs, through their undersigned attorney, and very respectfully state, allege and pray:

**<u>I. JURISDICTIONAL PLEADINGS</u>**

1. This Honorable Court has jurisdiction pursuant to 28 USC sec. 1332 over the state law claims under Article 1536 of the Civil Code of Puerto Rico. The matter in controversy exceeds the sum of $75,000.00 exclusive of interests and costs and this action is between citizens of different states.

## II. IDENTIFICATION OF PLAINTIFFS

2. Plaintiff Carlos Domingo Marcial Ceballo, is of legal age, single and resident of Principal #2, Abanico Ward, Villa Riva, Santo Domingo, Dominican Republic.

3. Plaintiff Alfredo Antonio Marcial Ceballo is of legal age, single, and resident of Abanico Casa S/N, Abanico Ward, Villa Riva, Santo Domingo, Dominican Republic.

4. Plaintiff Henry Miguel Marcial Ceballo is of legal age, single and resident of Canal Masipedro S/N, Los Arroces (Cumanices) Ward, Bonao, Santo Domingo, Dominican Republic.

## III. IDENTIFICATION OF DEFENDANTS

5. Luma Energy LLC is a corporation organized under the laws of the Commonwealth of Puerto Rico, with its principal place of business in San Juan Puerto Rico, created to manage and operate the Puerto Rico Electric Power Authority's transmission and distribution system, and conduct any other licit business for which a limited liability company may be organized under the laws of the Commonwealth of Puerto Rico. Its address is 644 Fernández Juncos Ave., Suite 301, San Juan, Puerto Rico 00907.

6. Luma Energy Serv Co LLC is a corporation organized under the laws of the Commonwealth of Puerto Rico, with its principal place of business in San Juan Puerto Rico, created to manage and operate the Puerto Rico Electric Power Authority's transmission and distribution system, and

conduct any other licit business for which a limited liability company may be organized under the laws of the Commonwealth of Puerto Rico. Its address is 644 Fernández Juncos Ave., Suite 301, San Juan, Puerto Rico 00907.

## IV. THE OCCURRENCE

7. On October 11, 2025, at 8:13 a.m., decedent Juan Carlos Marcial Sánchez, 73 years of age was trimming a tree located at Roberto Clemente Avenue, in front of 78th street, Block 111 #10, Villa Carolina, Carolina, Puerto Rico 00987.
8. That the aforementioned tree was overgrown with brush and vegetation that had not been cleared by Luma Energy and/or Luma Energy ServCo.
9. While conducting the tree trimming activity, Mr. Juan Carlos Marcial Sánchez made contact with a live electrical wire.
10. The electric shock was of such magnitude that it caused Mr. Marcial's death.

## V. LIABILITY OF DEFENDANTS

11. Luma Energy LLC is in charge of the maintenance of the cable lines near the area of the occurrence.
12. Luma Energy Serv Co. LLC is in charge of the maintenance of the cable lines near the area of the occurrence.
13. The **National Electrical Safety Code (NESC), Rules 121 and 214**, imposes on electric companies the duty to conduct regular inspections of lines in service, maintain a record of all violations, and

remedy them as soon as possible, utilizing the remedies available in their regulations.

14. Plaintiffs Luma Energy Serv Co LLC and Luma Energy ServCo LLC were negligent in failing to conduct regular inspections of lines in service, in maintaining a record of all violations, and remedy them as soon as possible. This negligence resulted in the accident that caused Mr. Marcial's death.

15. Defendants are responsible for their negligence under Article 1536 of the Civil Code of Puerto Rico.

16. The damages pleaded herein by plaintiffs were caused by the direct result of defendants' negligence. The decedent was not negligent.

17. Plaintiff demands that all questions of fact be tried before a jury.

## VI. DAMAGES

18. Plaintiffs Carlos Domingo Marcial Ceballo, Alfredo Antonio Marcial Ceballo and Henry Marcial Marcial Ceballo, are decedent's sons. They have suffered extreme pain and mental anguish due to their father's sudden and unexpected death.

19. Their damages are estimated in no less than $500,000.00 each.

**WHEREFORE,** in view of the foregoing, plaintiff respectfully requests that judgment be entered against defendants for an amount not less than **$1,500,000.00**, plus costs, expenses and a reasonable amount for attorney's fees.

In San Juan, Puerto Rico, this 7th day of October, 2026.

*s/ Jorge M. Izquierdo San Miguel*
USDC No. 209312
**IZQUIERDO-SAN MIGUEL LAW, P.S.C.**
239 Arterial Hostos, Capital Center, South Tower,
Suite 1005, 10th floor
San Juan, PR 00918
Tels.: 787-723-7767 / 725-4599
Fax: 787-723-6964
jizquierdo@izquierdosanmiguel.com